**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
V.W., individually, and V.W, on behalf of
A.H., a child with a disability,

                                    Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendants.
----------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #:_____               │
│ DATE FILED:  11/17/2021              │
└─────────────────────────────────────┘
```

**21-CV-6495 (PGG) (KHP)**

**ORDER SCHEDULING PRE-**
**SETTLEMENT TELEPHONE**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This case has been referred to me for general pretrial supervision purposes & settlement

(Doc. No. 16).  ).  A telephone conference will be held on **Tuesday, November 30, 2021 at 2:30**

**p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's

Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement

conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's

Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access**

**code: 4858267**.

                    **SO ORDERED.**

DATED:        New York, New York
                    November 17, 2021

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge