```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
V.W., individually, and V.W, on behalf of
A.H., a child with a disability,

                                  Plaintiffs,                                        21-CV-6495 (PGG) (KHP)

            -against-                                  **ORDER SCHEDULING COUNSEL**
                                                                 **ONLY SETTLEMENT CONFERENCE**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A counsel-only telephonic settlement conference in this matter is scheduled for **Friday, January 28, 2022 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 21, 2022 by 5:00 p.m.**

        SO ORDERED.

DATED:      New York, New York
                  November 30, 2021

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge