USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
V.W., individually, and V.W, on behalf of
A.H., a child with a disability,

                                    Plaintiffs,                              **21-CV-6495 (PGG) (KHP)**

                    -against-                                                **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

   By March 11, 2022, the parties shall submit a joint proposed briefing schedule as to the

anticipated motion for attorney's fees for the Court's consideration.

                    **SO ORDERED.**

DATED:       New York, New York
             February 28, 2022

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge