**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
V.W., individually, and V.W, on behalf of
A.H., a child with a disability,

                        Plaintiffs,                  **21-CV-6495 (PGG) (KHP)**

      -against-                                        **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Second Circuit issued a case management order on May 24, 2022, amended June 8, 2022, in *H.C. v. N.Y.C. Dep't of Educ.*, No. 21-1582 that appeals filed after May 24, 2022 that raise issues of attorney fees would be held in abeyance and remanded following decision in H.C. and the tandem appeals.

        On March 23, 2023, an Opinion and Order granted Plaintiff's motion for summary judgment and awarded Plaintiff attorneys' fees of $27,340.47. On April 13, 2023, Plaintiff appealed.

        On June 21, 2023, the Second Circuit issued a decision in H.C. and remanded this case "for further proceedings in the district court following this Court's determination" of those appeals.

        Therefore, it is ORDERED that, **by July 12, 2023**, the parties shall file a joint letter stating their respective positions on whether the Opinion should be reconsidered in light of the Second Circuit's decision, and/or whether any other proceedings are appropriate.

**SO ORDERED.**

DATED:   New York, New York
         July 5, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge