UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
V.W., Individually and On Behalf of A.H., a
Child With a Disability,

                        Plaintiff,                    21 **CIVIL** 6495 (PGG)(KHP)

         -against-                       **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated the Court's Memo Endorsed Order dated July 7, 2023, and Court's Order dated March 23, 2023, Magistrate Judge Parker's R&R is adopted in its entirety. Plaintiffs are awarded $27,340.47 in attorneys' fees and costs for both the administrative proceeding and the instant federal action, and post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
         July 24, 2023

                                              **RUBY J. KRAJICK**

                                              _____
                                                 **Clerk of Court**

                            **BY:**

                                               _____
                                                 **Deputy Clerk**